**Todd W. BURFIEND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38485.**

Missouri Court of Appeals,
Western District.

Feb. 24, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1987.

Laura F. Higgins, Public Defender, Platte City, for appellant.

William L. Webster, Atty. Gen., Kurt A. Hentz, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).